JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GREGORY HARVEY, | ) Case No. CV 09-5053-JVS (DTB) |
| Petitioner, | ) |
| | ) **J U D G M E N T** |
| vs. | ) |
| JOHN MARSHALL, Warden, et al. | ) |
| Respondent. | ) |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: June 10, 2011

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE